# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Robert Lawrence Shefsky,**
        **Brenda Lee Shefsky**

Case No.    **13-20264-DOB**

               Debtors

Chapter             **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 26,034.25 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 22,300.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 1,007.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 174,272.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,356.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,656.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 26,034.25 | | |
| Total Liabilities | | | | 197,579.02 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

.

# United States Bankruptcy Court
### Eastern District of Michigan

| | | | |
|---|---|---|---|
| In re | **Robert Lawrence Shefsky,** | Case No. | **13-20264-DOB** |
| | **Brenda Lee Shefsky** | | |
| | Debtors | Chapter | **7** |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,007.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 34,484.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 35,491.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,356.00 |
| Average Expenses (from Schedule J, Line 18) | 1,656.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,355.14 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 12,300.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 1,007.00 |
| 4. Total from Schedule F | | 174,272.02 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 187,579.02 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **Robert Lawrence Shefsky,**
         **Brenda Lee Shefsky,**

Case No.    **13-20264-DOB**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

                   Debtors

Case No.   **13-20264-DOB**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank Checking Account #3522** | H | 5.25 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Caro Water Dept.** | J | 200.00 |
| | | | **Sugar Tree MHC** | J | 300.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods and Furnishings** | J | 5,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Books** | J | 100.00 |
| 6. | Wearing apparel. | | **Misc. Wearing Apparel** | J | 500.00 |
| 7. | Furs and jewelry. | | **Wedding Bands** | J | 325.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **6,430.25**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**           Case No.    **13-20264-DOB**
       **Brenda Lee Shefsky**
                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Estimated 2012 Income Tax Refunds | J | 6,816.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Estimated 2013 Pro Rata Income Tax Refunds | J | 654.00 |

Sub-Total >      7,470.00
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re    **Robert Lawrence Shefsky,**               Case No.   __**13-20264-DOB**__
        **Brenda Lee Shefsky**

_____,
                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Buick LeSabre with 148,500 Miles VIN = 1G4HP5UK81U247330** | W | 2,134.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **1999 Champion Manufactured Home ID #02969M** | J | 10,000.00 |

|  | Sub-Total > | 12,134.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 26,034.25 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

.

In re **Robert Lawrence Shefsky**                                  Case No.  __13-20264-DOB__

_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                                    *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **US Bank Checking Account #3522** | 11 U.S.C. § 522(d)(5) | 5.25 | 5.25 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Caro Water Dept.** | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| **Sugar Tree MHC** | 11 U.S.C. § 522(d)(5) | 150.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| **Misc. Household Goods and Furnishings** | 11 U.S.C. § 522(d)(3) | 2,500.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc. Books** | 11 U.S.C. § 522(d)(3) | 50.00 | 100.00 |
| **Wearing Apparel** | | | |
| **Misc. Wearing Apparel** | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **Wedding Bands** | 11 U.S.C. § 522(d)(4) | 75.00 | 325.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Estimated 2012 Income Tax Refunds** | 11 U.S.C. § 522(d)(5) | 3,408.00 | 6,816.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Estimated 2013 Pro Rata Income Tax Refunds** | 11 U.S.C. § 522(d)(5) | 327.00 | 654.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **1999 Champion Manufactured Home ID #02969M** | 11 U.S.C. § 522(d)(1) | 18,784.75 | 10,000.00 |
| | Total: | 25,650.00 | 23,900.25 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re **Brenda Lee Shefsky**    Case No. **13-20264-DOB**

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds
■ 11 U.S.C. §522(b)(2)    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(3)    *with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Caro Water Dept. | 11 U.S.C. § 522(d)(5) | 100.00 | 200.00 |
| Sugar Tree MHC | 11 U.S.C. § 522(d)(5) | 150.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| Misc. Household Goods and Furnishings | 11 U.S.C. § 522(d)(3) | 2,500.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc. Books | 11 U.S.C. § 522(d)(3) | 50.00 | 100.00 |
| **Wearing Apparel** | | | |
| Misc. Wearing Apparel | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding Bands | 11 U.S.C. § 522(d)(4) | 250.00 | 325.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Estimated 2012 Income Tax Refunds | 11 U.S.C. § 522(d)(5) | 3,408.00 | 6,816.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Estimated 2013 Pro Rata Income Tax Refunds | 11 U.S.C. § 522(d)(5) | 327.00 | 654.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2001 Buick LeSabre with 148,500 Miles VIN = 1G4HP5UK81U247330 | 11 U.S.C. § 522(d)(2) | 3,450.00 | 2,134.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| 1999 Champion Manufactured Home ID #02969M | 11 U.S.C. § 522(d)(1) | 18,790.00 | 10,000.00 |
| | Total: | 29,275.00 | 26,029.00 |

_**0**_  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. __13-20264-DOB__

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxT122**<br><br>**Value Homes, LLC**<br>**PO Box 430**<br>**Avoca, MI 48006** | | J | **2/11**<br><br>**Mortgage**<br><br>**1999 Champion Manufactured Home ID #02969M** | | | | | |
| | | | Value $ **10,000.00** | | | | **22,300.00** | **12,300.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 22,300.00 | 12,300.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 22,300.00 | 12,300.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

.

In re   **Robert Lawrence Shefsky,**
       **Brenda Lee Shefsky**

Case No.   **13-20264-DOB**

,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1

    continuation sheets attached

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. **13-20264-DOB**

Debtors,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-9761; xxx-xx-2372** | | | 2011 | | | | | | |
| **IRS** **PO Box 7346** **Philadelphia, PA 19101-7346** | | J | **1040 Tax** | | | | | | **1,007.00** |
| | | | | | | | **1,007.00** | | **0.00** |
| Account No. **xxx-xx-9761; xxx-xx-2372** | | | Notice Only | | | | | | |
| **IRS/Chief Counsel** **One Detroit Center** **500 Woodward Ave.** **Suite 1300 - Stop 31** **Detroit, MI 48226-3416** | | J | | | | | | | **0.00** |
| | | | | | | | **0.00** | | **0.00** |
| Account No. **xxx-xx-9761; xxx-xx-2372** | | | Notice Only | | | | | | |
| **IRS/Chief Counsel** **P.O. Box 330516** **Detroit, MI 48226-6516** | | J | | | | | | | **0.00** |
| | | | | | | | **0.00** | | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **1,007.00** | **1,007.00** **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,007.00** | **1,007.00** **0.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. **13-20264-DOB**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **06-37693** <br><br> **17th District Court** <br> **15111 Beech Daly Road** <br> **Redford, MI 48239** | | | | J | **Notice Only** | | | | 0.00 |
| Account No. **xxxx1586** <br><br> **21st Century Insurance** <br> **3 Beaver Valley Rd** <br> **Wilmington, DE 19803** | | | | J | **11/12** <br> **Insurance** | | | | 195.29 |
| Account No. **xxxx1551** <br><br> **21st Century Insurance** <br> **3 Beaver Valley Rd** <br> **Wilmington, DE 19803** | | H | | | **6/12** <br> **Insurance** | | | | 338.50 |
| Account No. **xxxxxx6903** <br><br> **5/3 Bank** <br> **c/o Allied Interstate** <br> **PO Box 4000** <br> **Warrenton, VA 20188** | | | | J | **8/12** <br> **Misc.** | | | | 960.55 |

__34__ continuation sheets attached

Subtotal
(Total of this page) **1,494.34**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

S/N:30764-121129    Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. **13-20264-DOB**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **08-2178-SC** 73B Judicial District Court 250 E. Huron Avenue Bad Axe, MI 48413 | | J | | | Notice Only | | | | 0.00 |
| Account No. **10-2002-SC** 73B Judicial District Court 250 E. Huron Avenue Bad Axe, MI 48413 | | J | | | Notice Only | | | | 0.00 |
| Account No. **xxxx0444** AAA Insurance 1 Auto Club Dr Dearborn, MI 48126 | | W | | | 5/11 Insurance | | | | 743.23 |
| Account No. **xxxx2845** AAA Insurance 1 Auto Club Dr Dearborn, MI 48126 | | W | | | 2011 Insurance | | | | 743.00 |
| Account No. **10-2002-SC** ABS Estates 1896 Leftwich Rd Bad Axe, MI 48413 | | J | | | 2010 Judgment | | | | 633.00 |

Sheet no. __1__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,119.23

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Robert Lawrence Shefsky,**
         **Brenda Lee Shefsky**
         _____,

Case No.   __**13-20264-DOB**__

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Advance America** <br>**3914 Plainfield Ave NE** <br>**Grand Rapids, MI 49525** | | H | | **6/2007** <br>**Cash Advance** | | | | 710.00 |
| Account No. **xx0379** <br><br>**Advance Diagnostics Imaging** <br>**PO Box 5987** <br>**Saginaw, MI 48603** | | W | | **10/11** <br>**Medical** | | | | 58.00 |
| Account No. **xxxxxx7209** <br><br>**Afni Inc** <br>**PO Box 3427** <br>**Bloomington, IL 61702** | | H | | **12/07** <br>**Misc.** | | | | 694.00 |
| Account No. **xxxxx9761** <br><br>**AIU Online** <br>**231 N. Martingale Rd 6th Fl** <br>**Schaumburg, IL 60173** | | H | | **2012** <br>**Loan** | | | | 2,500.00 |
| Account No. **xxxx2525** <br><br>**AIU Online** <br>**c/o General Revenue** <br>**11501 Northlake Dr** <br>**Cincinnati, OH 45249** | | H | | **3/12** <br>**Misc.** | | | | 2,350.00 |

Sheet no. __**2**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     6,312.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
     **Brenda Lee Shefsky**                             Case No.   **13-20264-DOB**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx4135**<br><br>Allstate Insurance<br>PO Box 3589<br>Akron, OH 44309 | | H | | 6/12<br>Insurance | | | | 191.15 |
| Account No. **xx2509**<br><br>Alltel Wireless<br>c/o AFNI<br>PO Box 3097<br>Bloomington, IL 61702 | | H | | 12/07<br>Phone | | | | 798.00 |
| Account No. **4044**<br><br>American Music Supply<br>c/o Phoenix Mng<br>430 Oak Grove St Ste 115<br>Minneapolis, MN 55403 | | H | | 2/2010<br>Music Supply | | | | 199.00 |
| Account No. **x7278**<br><br>American Music Supply<br>c/o Phoenix Mng<br>7841 Wayzata Blvd Ste 200<br>Minneapolis, MN 55403 | | H | | 2/10<br>Music | | | | 199.00 |
| Account No. **xxxxxx6311**<br><br>Amshar Collection<br>c/o Northstar Capital<br>600 Beacon Pkwy Ste 300<br>Birmingham, AL 35209 | | H | | 12/07<br>Misc. | | | | 585.16 |

Sheet no. __3__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
          (Total of this page)      **1,972.31**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**                        Case No.   **13-20264-DOB**

      **Brenda Lee Shefsky**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9240**<br><br>**AT&T**<br>**c/o EDS CCA**<br>**700 Long Water Dr**<br>**Norwell, MA 02061** | | W | **2009**<br>**Notice Only** | | | | 0.00 |
| Account No. **xxx4698**<br><br>**AT&T**<br>**c/o Enhanced Recovery**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | W | **2010**<br>**Phone** | | | | 130.00 |
| Account No. **xxxxxxxxxx6777**<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** | | H | **8/09**<br>**Phone** | | | | 230.00 |
| Account No. **xxxxxxx1276**<br><br>**AT&T Mobility**<br>**PO Box 6416**<br>**Carol Stream, IL 60197** | | W | **2009**<br>**Phone** | | | | 2,823.66 |
| Account No.<br><br>**B-Line**<br>**PO Box 91121**<br>**Seattle, WA 98111** | | J | | | | | 0.00 |

Sheet no. __4__ of __34__ sheets attached to Schedule of             Subtotal            **3,183.66**
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. **13-20264-DOB**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **B-Line LLC Mail Stop 550 2101 Fourth Avenue #1030 Seattle, WA 98121** | | J | | | | | | 0.00 |
| Account No. **xxxxxxxx2329** | | | | 6/10 Misc. | | | | |
| **Bank of America 475 Cross Point Pkwy PO Box 9000 Getzville, NY 14068** | | J | | | | | | 668.40 |
| Account No. **8954** | | | | 6/10 Misc. | | | | |
| **Bank of America 100 N Broadway Saint Louis, MO 63102** | | J | | | | | | 205.60 |
| Account No. **08-2178-SC** | | | | 2008 Judgment | | | | |
| **Brian M Wahl 4433 Port Austin Rd Caseville, MI 48725** | | J | | | | | | 2,176.78 |
| Account No. | | | | 10/07 Lease Deficiency | | | | |
| **Brookline Mgmnt 31200 Northwestern Hwy. Farmington, MI 48334** | | J | | | | | | 250.00 |

Sheet no. **5** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,300.78

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Robert Lawrence Shefsky,**
         **Brenda Lee Shefsky**                                    Case No.    __13-20264-DOB__
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xxxxx6721**<br><br>**Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365** | H | | | | | **3/11**<br>**Medical** | | | | 184.00 |
| Account No. **xxxxx6493**<br><br>**Caro Health Plaza**<br>**c/o Pro Med Billing**<br>**3061 Christy Way**<br>**Saginaw, MI 48603** | J | | | | | **11/12**<br>**Medical** | | | | 136.00 |
| Account No. **x2729**<br><br>**Caro Hospital**<br>**401 N Hooper**<br>**Caro, MI 48723** | W | | | | | **10/11**<br>**Medical** | | | | 381.22 |
| Account No. **x7476**<br><br>**Caro Hospital & Billing**<br>**PO Box 514**<br>**Caro, MI 48723** | H | | | | | **5/11**<br>**Medical** | | | | 66.00 |
| Account No. **x6165**<br><br>**Caro Hospital & Billing**<br>**PO Box 514**<br>**Caro, MI 48723** | W | | | | | **5/11**<br>**Medical** | | | | 50.00 |

Sheet no. __6__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

817.22

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. __13-20264-DOB__

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9761** <br><br> **Cash Call Inc** <br> **1600 S. Douglass Rd** <br> **Anaheim, CA 92806** | | H | | 12/1/06 <br> Loan | | | | 2,600.00 |
| Account No. **xxxxx0102** <br><br> **Century Link** <br> **c/o Robinson & Young** <br> **105 Broadway St Ste 300** <br> **Nashville, TN 37201** | | W | | 9/11 <br> Utility | | | | 277.37 |
| Account No. **xxxxx1621** <br><br> **Century Link** <br> **PO Box 4300** <br> **Carol Stream, IL 60197** | | H | | 10/11 <br> Utility | | | | 363.00 |
| Account No. **xxxxx0102** <br><br> **Century Link** <br> **PO Box 4300** <br> **Carol Stream, IL 60197** | | W | | 8/12 <br> Phone | | | | 477.00 |
| Account No. **xxxxx1621** <br><br> **Century Link** <br> **PO Box 4300** <br> **Carol Stream, IL 60197** | | H | | 7/11 <br> Phone | | | | 469.86 |

Sheet no. __7__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,187.23**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Robert Lawrence Shefsky,**
       **Brenda Lee Shefsky**

Case No.   **13-20264-DOB**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2010 Medical | | | | |
| Certegy PO Box 30046 Tampa, FL 33630 | | W | | | | | | |
| | | | | | | | | 66.00 |
| Account No. **xxxx6798** | | | | 9/12 Cable | | | | |
| Charter Cable c/o Collection Bureau of America PO Box 5013 Hayward, CA 94540 | | H | | | | | | |
| | | | | | | | | 184.01 |
| Account No. **xxxxxxxxxxxx0202** | | | | 1/2013 Cable | | | | |
| Charter Comm PO Box 3019 Milwaukee, WI 53201 | | W | | | | | | |
| | | | | | | | | 374.78 |
| Account No. | | | | Notice Only | | | | |
| Chex Systems 7805 Hudson Rd Woodbury, MN 55125 | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxx7077** | | | | 2011 Medical | | | | |
| CMB Collections 300 Rodd Rd Ste 202 Midland, MI 48640 | | J | | | | | | |
| | | | | | | | | 50.00 |

Sheet no. __8__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

674.79

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. **13-20264-DOB**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7078** <br><br> CMB Collections <br> 300 Rodd Rd Ste 202 <br> Midland, MI 48640 | | J | 2011 <br> Medical | | | | 121.00 |
| Account No. **xxx7079** <br><br> CMB Collections <br> 300 Rodd Rd Ste 202 <br> Midland, MI 48640 | | J | 2011 <br> Medical | | | | 159.00 |
| Account No. **xxx4362** <br><br> CMB Collections <br> 300 Rodd Rd Ste 202 <br> Midland, MI 48640 | | J | 2011 <br> Medical | | | | 50.00 |
| Account No. **xxx8832** <br><br> CMB Collections <br> 300 Rodd Rd Ste 202 <br> Midland, MI 48640 | | J | 2011 <br> Medical | | | | 58.00 |
| Account No. **xxxxxxx** <br><br> CMB Collections <br> 300 Rodd Rd Ste 202 <br> Midland, MI 48640 | | H | 6/1/12 <br> Medical | | | | 20.00 |

Sheet no. **9** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

408.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. __13-20264-DOB__

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **x0371** <br><br> **CNAC** <br> **615 Resevoir Ave** <br> **Cranston, RI 02910** | | H | | | **5/12** <br> **Auto Deficiency** | | | | 12,311.00 |
| Account No. **xxxxxxxxx2-05-7** <br><br> **Comcast** <br> **4112 Concept Dr.** <br> **Plymouth, MI 48170** | | H | | | **9/12** <br> **Cable** | | | | 378.70 |
| Account No. **xx-xxxxxx-xxxxxx03-00** <br><br> **Comcast** <br> **PO Box 3006** <br> **Southeastern, PA 19398** | | H | | | **6/07** <br> **Cable** | | | | 168.64 |
| Account No. **xxxxxx3002** <br><br> **Comerica Bank** <br> **26095 Five Mile Rd.** <br> **Redford, MI 48239** | | | J | | **12/05** <br> **Bank Fees** | | | | 378.48 |
| Account No. **xxxxxxx4118** <br><br> **Consumers Energy** <br> **Lansing, MI 48937** | | | J | | **1/07 - 3/10** <br> **Utility** | | | | 3,200.00 |

Sheet no. __10__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,436.82

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
    **Brenda Lee Shefsky**                    Case No.   **13-20264-DOB**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3222**<br><br>**Consumers Energy**<br>**Lansing, MI 48937** | | W | 2/13<br>Utility | | | | 216.00 |
| Account No. **xxxxxxxx6083**<br><br>**Consumers Energy**<br>**Lansing, MI 48937** | | J | Utility | | | | 3,928.00 |
| Account No.<br><br>**Continental Rental**<br>**874 N Van Dyke**<br>**Bad Axe, MI 48413** | | J | | | | | 0.00 |
| Account No. **9508; 9018; 6432; 7003, 3861**<br><br>**Covenant Healthcare**<br>**1447 N. Harrison**<br>**Saginaw, MI 48602** | | W | 8/11 - 1/13<br>Medical | | | | 538.00 |
| Account No. **xx4131**<br><br>**CR Services**<br>**1982 Hemmeter**<br>**Saginaw, MI 48638** | | W | 2010<br>Medical | | | | 60.00 |

Sheet no. **11** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)      **4,742.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
　　　**Brenda Lee Shefsky**

Case No. __13-20264-DOB__

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xxxxxx4491**<br><br>**Credit Protection Assoc.**<br>**13355 Noel Rd., Ste. 2100**<br>**Dallas, TX 75240** | W | | 2/08<br>Misc. | | | | 267.00 |
| Account No. **xxxxxx3123**<br><br>**Credit Protection Assoc.**<br>**13355 Noel Rd., Ste. 2100**<br>**Dallas, TX 75240** | H | | 11/08<br>Misc. | | | | 168.00 |
| Account No.<br><br>**Credit Union One**<br>**c/o JJ Marshal & Associates**<br>**6060 Collection Dr.**<br>**Shelby Twp, MI 48316** | J | | | | | | 0.00 |
| Account No. **xxxx2628**<br><br>**Detroit Bio Med**<br>**23955 Freeway Park Dr.**<br>**Farmington, MI 48335** | J | | 5/11<br>Medical | | | | 30.30 |
| Account No. **xxxx5089**<br><br>**Detroit Bio Med**<br>**23955 Freeway Park Dr.**<br>**Farmington, MI 48335** | J | | 5/11<br>Medical | | | | 75.72 |

Sheet no. __12__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

541.02

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
     **Brenda Lee Shefsky**

Case No. **13-20264-DOB**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2628; xxxx5089**<br><br>**Detroit Bio-Med**<br>**23955 Freeway Park Dr**<br>**Farmington Hills, MI 48335** | | J | 12/11<br>Medical | | | | 136.50 |
| Account No. **xxxx5388**<br><br>**DirecTV**<br>**PO Box 6414**<br>**Carol Stream, IL 60197** | | H | 8/12<br>Cable | | | | 332.74 |
| Account No.<br><br>**Donald Larrabee**<br>**33 Essex St #4**<br>**Salem, MA 01970** | | H | 5/12<br>Lease Deficiency | | | | 2,000.00 |
| Account No. **9761**<br><br>**Dr. Hung**<br>**1060 S. VanDyke**<br>**Bad Axe, MI 48413** | | J | 5/07<br>Medical | | | | 200.00 |
| Account No. **xx9959**<br><br>**Dr. Larry Aagesen**<br>**c/o Capital Accts**<br>**PO Box 140065**<br>**Nashville, TN 37214** | | J | 2010<br>Medical | | | | 9,284.00 |

Sheet no. **13** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,953.24

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re **Robert Lawrence Shefsky,**
     **Brenda Lee Shefsky**

Case No. __13-20264-DOB__

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8100**<br><br>**Dr. Michael Bills**<br>**1011 S. Van Dyke**<br>**Bad Axe, MI 48413** | | H | **11/12**<br>**Medical** | | | | 1,196.77 |
| Account No. **xxxxxxx0079**<br><br>**DTE Energy**<br>**1 Energy Plaza #WCB2106**<br>**Detroit, MI 48226** | | H | **10/10**<br>**Utility** | | | | 1,200.00 |
| Account No. **xxxxxxx0019**<br><br>**DTE Energy**<br>**1 Energy Plaza #WCB2106**<br>**Detroit, MI 48226** | | W | **2013**<br>**Utility** | | | | 568.62 |
| Account No. **xxxxx9761**<br><br>**DTE Energy**<br>**1 Energy Plaza #WCB2106**<br>**Detroit, MI 48226** | | H | **8/1/09**<br>**Utility** | | | | 2,000.00 |
| Account No. **xxxxxxx0053**<br><br>**DTE Energy**<br>**1 Energy Plaza #WCB2106**<br>**Detroit, MI 48226** | | H | **4/05**<br>**Utility** | | | | 1,965.00 |

Sheet no. __14__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,930.39

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re  **Robert Lawrence Shefsky,**  Case No.  **13-20264-DOB**
    **Brenda Lee Shefsky**
_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0035** <br><br> **DTE Energy** <br> **1 Energy Plaza #WCB2106** <br> **Detroit, MI 48226** | | W | Utility | | | | 1,026.09 |
| Account No. <br><br> **East Bay Funding LLC** <br> **c/o Resurgent Capital** <br> **15 S. Main Street, Suite 600** <br> **Greenville, SC 29601** | | J | | | | | 0.00 |
| Account No. **xxxxxx91-55** <br><br> **Ebay** <br> **c/o IC Systems** <br> **444 Highway 96 East** <br> **Saint Paul, MN 55164** | | W | 9/09 <br> Misc. | | | | 127.97 |
| Account No. **xxxx5209** <br><br> **Enhanced Recovery Corp** <br> **8014 Bayberry Rd.** <br> **Jacksonville, FL 32256** | | H | 6/08 <br> Misc. | | | | 388.00 |
| Account No. <br><br> **Esurance** <br> **c/o Seattle Service Bureau** <br> **18820 Aurora Ave N #205** <br> **Seattle, WA 98133** | | J | 3/09 <br> Insurance | | | | 179.00 |

Sheet no. __15__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,721.06**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**
_____,
Debtors

Case No. **13-20264-DOB**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx5387**<br><br>**Fifth Third Bank**<br>**3785 Plainfield Ave.**<br>**Grand Rapids, MI 49525** | J | | | | **7/07**<br>**Bank Fees** | | | | 205.00 |
| Account No. **xxx9321**<br><br>**Fingerhut**<br>**PO Box 166**<br>**Newark, NJ 07101** | H | | | | **11/12**<br>**Misc.** | | | | 140.38 |
| Account No. **xxxxxxxx4301**<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | W | | | | **2010**<br>**Misc.** | | | | 431.00 |
| Account No. **xxxx0063**<br><br>**First Premier Bank**<br>**601 S. Minnesota Ave**<br>**Sioux Falls, SD 57104** | H | | | | **12/2/10**<br>**Misc.** | | | | 451.00 |
| Account No. **xxxxxxx6718; xxxxx2064**<br><br>**Geico**<br>**c/o Credit Collection Services**<br>**Two Wells Ave**<br>**Newton Center, MA 02459** | J | | | | **6/08**<br>**Insurance** | | | | 250.32 |

Sheet no. **16** of **34** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,477.70

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Robert Lawrence Shefsky,**
      **Brenda Lee Shefsky**                                      Case No.   **13-20264-DOB**

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2210** <br><br> **Geico** <br> **c/o Credit Collections Services** <br> **Two Wells Ave.** <br> **Newton Center, MA 02459** | | | J | | 10/11 <br> Insurance | | | | 221.18 |
| Account No. <br><br> **George Badeen** <br> **14666 Telegraph Rd** <br> **Redford, MI 48239** | | H | | | 10/05 <br> Personal Loan | | | | 3,000.00 |
| Account No. **xxxxx39N1** <br><br> **Global Acceptance Cr Corp** <br> **5850 W 1-20** <br> **Arlington, TX 76017** | | H | | | 6/07 <br> Misc. | | | | 2,600.00 |
| Account No. **xxxx3673** <br><br> **Higher One - Cole Taylor Bank** <br> **1542 W 47th St** <br> **Chicago, IL 60609** | | H | | | 3/12 <br> Misc. | | | | 381.00 |
| Account No. **x1638** <br><br> **Huron Medical Center** <br> **1100 S. VanDyke** <br> **Bad Axe, MI 48413** | | | J | | 5/07 <br> Medical | | | | 700.00 |

Sheet no. __**17**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims                          Subtotal <br> (Total of this page)         **6,902.18**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

In re   **Robert Lawrence Shefsky,**
       **Brenda Lee Shefsky**
                                        ,

Case No.   **13-20264-DOB**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2372** <br><br> **Huron Medical Center** <br> **1100 S. Van Dyke** <br> **Bad Axe, MI 48413** | | J | | 4/08 <br> Medical | | | | 525.00 |
| Account No. **xxxx0561** <br><br> **Huron Medical Center** <br> **1100 S. Van Dyke** <br> **Bad Axe, MI 48413** | | J | | 7/09 <br> Medical | | | | 85.00 |
| Account No. **xxxxx9761** <br><br> **Independent Bank** <br> **230 W Main** <br> **Ionia, MI 48846** | | J | | 5/07 <br> Misc. | | | | 750.00 |
| Account No. **xxx7457** <br><br> **Independent Bank** <br> **305 E. Huron Ave.** <br> **Bad Axe, MI 48413** | | J | | 1/06 <br> Misc. | | | | 174.00 |
| Account No. <br><br> **James Grudus Esq.** <br> **One AT&T Way** <br> **Room 3A218** <br> **Bedminster, NJ 07921** | | J | | | | | | 0.00 |

Sheet no. **18** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,534.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**        Case No.    __13-20264-DOB__
       **Brenda Lee Shefsky**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6003**<br><br>Jefferson Capital System<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 | | W | 10/07<br>Misc. | | | | 710.00 |
| Account No. **xxxxxxxx2003**<br><br>Jefferson Capital System<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 | | H | 10/08<br>Misc. | | | | 461.00 |
| Account No. **xxxxxxxx9003**<br><br>Jefferson Capital System<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 | | W | 10/08<br>Misc. | | | | 446.00 |
| Account No. **520769**<br><br>Jgraham Assoc.<br>4108 Park Road<br>Charlotte, NC 28209 | | H | Misc. | | | | 232.00 |
| Account No. **xx14JJ**<br><br>JJ Marshall<br>PO Box 182190<br>Shelby Twp, MI 48318 | | J | 2011<br>Medical | | | | 349.00 |

Sheet no. __19__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,198.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. __**13-20264-DOB**__

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5160**<br><br>**JJ Marshall Assoc**<br>**6060 Collection Dr**<br>**Shelby Twp, MI 48316** | | W | 11/06<br>Misc. | | | | 349.00 |
| Account No. **xxx-xxx-xxxxxx-7511**<br><br>**Liberty Mutual**<br>**c/o Credit Collections Services**<br>**Two Wells Ave.**<br>**Newton Center, MA 02459** | | J | 6/11<br>Insurance | | | | 568.75 |
| Account No. **xxxxxxxx0656**<br><br>**LVNV Funding**<br>**PO Box 740281**<br>**Houston, TX 77274** | | H | 12/1/11<br>Advance | | | | 606.00 |
| Account No. **xxxxxxxx0656**<br><br>**LVNV Funding**<br>**PO Box 10497**<br>**Greenville, SC 29603** | | H | 12/1/11<br>Misc. | | | | 596.00 |
| Account No. **xxx9111**<br><br>**Matrix Surgery Center**<br>**4450 Fashion Square**<br>**Ste. 200**<br>**Saginaw, MI 48603** | | W | 12/11<br>Medical | | | | 427.58 |

Sheet no. __**20**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,547.33

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**      Case No. **13-20264-DOB**
**Brenda Lee Shefsky**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. **xxx8633**<br><br>Meade & Assoc Inc.<br>737 Enterprise Drive<br>Westerville, OH 43081 | | | W | | 10/05<br>Misc. | | | | 231.00 |
| Account No. **xxx6003**<br><br>Merchants & Medical<br>6324 Tayler Dr<br>Flint, MI 48507 | | | W | | 2011<br>Medical | | | | 80.00 |
| Account No. **xxx2263**<br><br>Meta Bank<br>5501 S. Braodband Lane<br>Sioux Falls, SD 57108 | | H | | | 10/1/09<br>Advance | | | | 135.00 |
| Account No.<br><br>Michelle & Kirk Waterbury<br>408 N. Port Cresent Rd<br>Bad Axe, MI 48413 | | | J | | 2008<br>Personal Loan | | | | 10,000.00 |
| Account No. **xxx8260**<br><br>Money Recovery<br>801 S. Waverly<br>Lansing, MI 48917 | | | W | | 2011<br>Medical | | | | 355.00 |

Sheet no. **21** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,801.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
     **Brenda Lee Shefsky**

Case No.   **13-20264-DOB**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x7367**<br><br>**Money Recovery**<br>**8155 Executive Ct Ste 10**<br>**Lansing, MI 48917** | | H | **8/2011**<br>**Medical** | | | | 94.00 |
| Account No.<br><br>**Muffler Man**<br>**127 W. Huron Ave**<br>**Bad Axe, MI 48723** | | J | **4/11**<br>**Repairs** | | | | 2,500.00 |
| Account No. **xxxxx-xxxx-xx58AA**<br><br>**Myriad Genetics**<br>**320 Wakara Way**<br>**Salt Lake City, UT 84108** | | W | **9/11**<br>**Medical** | | | | 116.53 |
| Account No. **xxxxxx4110**<br><br>**National Fitness**<br>**PO Box 497**<br>**Layton, UT 84041** | | H | **6/10**<br>**Gym Membership** | | | | 200.00 |
| Account No. **xxx7746**<br><br>**National Recovery Agency**<br>**c/o Capital Assistance Group**<br>**2491 Paxton St.**<br>**Harrisburg, PA 17111** | | W | **Misc.** | | | | 144.00 |

Sheet no. __22__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,054.53

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
      **Brenda Lee Shefsky**

Case No. **13-20264-DOB**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6704** | | | Misc. | | | | |
| **National Ser** 18820 Aurora Ave. Seattle, WA 98133 | | H | | | | | 233.00 |
| Account No. **xxxxx5736** | | | 10/07 Misc. | | | | |
| **NCO Fin/9** PO Box 41466 Philadelphia, PA 19101 | | H | | | | | 388.00 |
| Account No. **6119** | | | 5/08 Loan | | | | |
| **Northstar Bank** 833 S. VanDyke Bad Axe, MI 48413 | | J | | | | | 1,073.89 |
| Account No. | | | Misc. | | | | |
| **NorthStar Bank** 833 S. Van Dyke Road Bad Axe, MI 48413 | | W | | | | | 468.26 |
| Account No. **xxxxx1263** | | | 5/12 Advance | | | | |
| **Nothern Resolutions Group** PO Box 566 Buffalo, NY 14226 | | H | | | | | 135.00 |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,298.15**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re **Robert Lawrence Shefsky,** Case No. **13-20264-DOB**
      **Brenda Lee Shefsky**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx0910**<br><br>**Paylliance**<br>**3 Easton Oval Ste 210**<br>**Columbus, OH 43219** | | H | **9/1/09**<br>**Returned Check** | | | | 44.00 |
| Account No. **xxxxxxxxxxxxxx2728**<br><br>**Paypal**<br>**c/o NCO Financial Services**<br>**PO Box 15630 Dept 05**<br>**Wilmington, DE 19850** | | H | **5/11**<br>**Misc.** | | | | 154.22 |
| Account No.<br><br>**PayPal Inc.**<br>**PO Box 45950**<br>**OH 45950** | | J | **6/20/09**<br>**Misc.** | | | | 154.32 |
| Account No. **xxxx4197**<br><br>**Pigeon Phone**<br>**PO Box 650**<br>**Pigeon, MI 48755** | | H | **9/10**<br>**Phone** | | | | 87.91 |
| Account No. **xxxxx9761**<br><br>**Pinnacle Financial Group**<br>**7825 Washington Ave S**<br>**Minneapolis, MN 55439** | | H | **6/1/12**<br>**Medical** | | | | 470.00 |

Sheet no. __24__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — **910.45**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re  **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No.  **13-20264-DOB**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx3100**<br><br>**Plains Commerce Bank**<br>**5109 S. Broadband**<br>**Sioux Falls, SD 57108** | H | | | 10/2/06<br>Misc. | | | | 480.00 |
| Account No. **xxxxx1059**<br><br>**Plains Commerce Bank**<br>**5109 S. Broadband**<br>**Sioux Falls, SD 57108** | H | | | 10/2/06<br>Misc. | | | | 250.00 |
| Account No. **xxxxxx4515**<br><br>**PNC Bank**<br>**PO Box 2155**<br>**Rocky Mount, NC 27802** | J | | | 9/12<br>Misc. | | | | 444.07 |
| Account No. **xxxxx2313**<br><br>**Progressive Insurance**<br>**c/o NCO Financial**<br>**PO Box 15636**<br>**Wilmington, DE 19850** | W | | | Insurance | | | | 413.00 |
| Account No. **xxx1894**<br><br>**Rcvl Per Mng**<br>**20816 44th Ave. W**<br>**Lynnwood, WA 98036** | H | | | Misc. | | | | 388.00 |

Sheet no. __25__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,975.07

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Robert Lawrence Shefsky,**
    **Brenda Lee Shefsky**
_____,
                            Debtors

Case No. __**13-20264-DOB**__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0000**<br><br>Rec Per Mng<br>PO Box 768<br>Bothell, WA 98041 | | H | 4/4/07<br>**Payday Advance** | | | | 388.00 |
| Account No. **xxxxxxx0450**<br><br>Safeco Insurance<br>1001 4th Ave<br>Seattle, WA 98154 | | J | 1/13<br>**Insurance** | | | | 721.50 |
| Account No. **xxxxxxxxxxxxxxxxxx0908**<br><br>Sallie Mae<br>1002 Arthur Dr.<br>Lynn Haven, FL 32444 | | H | 9/08<br>**Student Loan** | | | | 6,602.00 |
| Account No. **xxxxxxxxxxxxxxxxxx0908**<br><br>Sallie Mae<br>1002 Arthur Dr.<br>Lynn Haven, FL 32444 | | H | 9/08<br>**Student Loan** | | | | 5,500.00 |
| Account No. **xxxxxxxxxxxxxxxxxx0601**<br><br>Sallie Mae<br>1002 Arthur Dr.<br>Lynn Haven, FL 32444 | | H | 6/07<br>**Student Loan** | | | | 4,541.00 |

Sheet no. __**26**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **17,752.50**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

In re    **Robert Lawrence Shefsky,**
       **Brenda Lee Shefsky**                         Case No.    **13-20264-DOB**

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxxxxxxxx0118 <br><br> **Sallie Mae** <br> **1002 Arthur Dr.** <br> **Lynn Haven, FL 32444** | H | | | **1/08** <br> **Student Loan** | | | | 3,834.00 |
| Account No. xxxxxxxxxxxxxxxxxx0508 <br><br> **Sallie Mae** <br> **1002 Arthur Dr.** <br> **Lynn Haven, FL 32444** | H | | | **5/09** <br> **Student Loan** | | | | 3,555.00 |
| Account No. xxxxxxxxxxxxxxxxxx0118 <br><br> **Sallie Mae** <br> **1002 Arthur Dr.** <br> **Lynn Haven, FL 32444** | H | | | **1/08** <br> **Student Loan** | | | | 3,500.00 |
| Account No. xxxxxxxxxxxxxxxxxx0508 <br><br> **Sallie Mae** <br> **1002 Arthur Dr.** <br> **Lynn Haven, FL 32444** | H | | | **5/09** <br> **Student Loan** | | | | 2,750.00 |
| Account No. xxxxxxxxxxxxxxxxxx0601 <br><br> **Sallie Mae** <br> **1002 Arthur Dr.** <br> **Lynn Haven, FL 32444** | H | | | **6/07** <br> **Student Loan** | | | | 2,625.00 |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **16,264.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**

Case No. **13-20264-DOB**

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxxxx0725** <br><br> **Sallie Mae** <br> **1002 Arthur Dr.** <br> **Lynn Haven, FL 32444** | | H | | **7/07** <br> **Student Loan** | | | | **875.00** |
| Account No. **xxxxxxxxxxxxxxxxxx0417** <br><br> **Sallie Mae** <br> **1002 Arthur Dr.** <br> **Lynn Haven, FL 32444** | | H | | **4/09** <br> **Student Loan** | | | | **702.00** |
| Account No. **xxxx7245; xx0616;xx5718;xx2516** <br><br> **Scheurer Hospital** <br> **168 N. Caseville Rd.** <br> **Pigeon, MI 48755** | | J | | **10/10** <br> **Medical** | | | | **95.94** |
| Account No. <br><br> **Soper Storage** <br> **Carl Matthews** <br> **PO Box 215** <br> **Bad Axe, MI 48413** | | J | | **Storage Units** | | | | **400.00** |
| Account No. **xxxx0919** <br><br> **Sprint** <br> **c/o Enhanced Recovery** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | | W | | **2010** <br> **Phone** | | | | **416.00** |

Sheet no. **28** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,488.94**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Robert Lawrence Shefsky,**
      **Brenda Lee Shefsky**

Case No.   **13-20264-DOB**

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9761** <br><br> **Sprint** <br> **6391 Sprint Parkway** <br> **Overland Park, KS 66251** | H | | 6/09 <br> Phone | | | | 388.00 |
| Account No. **xx9445** <br><br> **St. Mary's Cardiology** <br> **1015 S. Washington** <br> **Saginaw, MI 48601** | W | | 9/11 <br> Medical | | | | 20.00 |
| Account No. **xxxxx9761** <br><br> **State Farm Insurance** <br> **1080 N. Pine Rd** <br> **Essexville, MI 48732** | J | | 8/12 <br> Insurance | | | | 623.00 |
| Account No. <br><br> **State Farm Insurance** <br> **PO Box 2329** <br> **Bloomington, IL 61702** | J | | Insurance | | | | 261.50 |
| Account No. **xxxx9435** <br><br> **T-Mobile** <br> **PO Box 53410** <br> **Bellevue, WA 98015-3410** | W | | 2011 <br> Phone | | | | 2,453.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 3,745.50 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re __Robert Lawrence Shefsky,__        Case No. ___13-20264-DOB___
    __Brenda Lee Shefsky__

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1232**<br><br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | | W | 9/11<br>Phone | | | | 1,962.23 |
| Account No. **xxxxx6411**<br><br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | | H | 12/11<br>Phone | | | | 635.10 |
| Account No. **xxxxxx1718; xxxxx9588; 2124**<br><br>**TCF Bank**<br>**471 S. Broadway St**<br>**Lake Orion, MI 48362** | | J | 6/12 - 8/12<br>Misc. | | | | 308.00 |
| Account No. **xxxxxxxxxxxxxxxxxxxxxxxxxxx2494**<br><br>**TCF Bank**<br>**471 S. Broadway**<br>**Lake Orion, MI 48362** | | J | 2012<br>Misc, | | | | 492.01 |
| Account No.<br><br>**Team One Credit Union**<br>**520 Hayden**<br>**Saginaw, MI 48606** | | J | 2010<br>Misc. | | | | 600.00 |

Sheet no. __30__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      3,997.34
(Total of this page)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re   **Robert Lawrence Shefsky,**
       **Brenda Lee Shefsky**                             Case No.   **13-20264-DOB**

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **xx1031**<br><br>**Team One Credit Union**<br>**PO Box 1260**<br>**Saginaw, MI 48606** | | J | **8/09**<br>**Bank Fees** | | | | 425.00 |
| Account No. **x4520**<br><br>**Thumb Heating**<br>**837 S State St**<br>**Caro, MI 48723** | | H | **12/11**<br>**Utility** | | | | 47.24 |
| Account No. **x0112**<br><br>**Thumb MRI**<br>**PO Box 67**<br>**Cass City, MI 48726** | | J | **6/09**<br>**Medical** | | | | 280.00 |
| Account No. **xx1092**<br><br>**TNT Financial**<br>**6190 Bay Rd**<br>**Saginaw, MI 48604** | | J | **2012**<br>**Auto Deficiency** | | | | 13,791.00 |
| Account No. **06-37693**<br><br>**Todd Kroll**<br>**29017 Ford Rd**<br>**Garden City, MI 48135** | | J | **Judgment** | | | | 7,500.00 |

Sheet no. __31__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
                (Total of this page)       22,043.24

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re   **Robert Lawrence Shefsky,**
        **Brenda Lee Shefsky**
                                                    ,
                                         Debtors

Case No.   **13-20264-DOB**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx1356**<br><br>**United Compucred Collection**<br>**4190 Harrison Avenue**<br>**Cincinnati, OH 45211** | | W | | | **10/05**<br>**Misc.** | | | | 210.00 |
| Account No. **xxxxxx3490**<br><br>**Verizon**<br>**c/o Credit Management**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | J | | | **2/07**<br>**Phone** | | | | 1,603.00 |
| Account No. **xxxxx7232**<br><br>**Verizon**<br>**1515 Woodfield Rd Ste 140**<br>**Schaumburg, IL 60173** | | H | | | **2/8/07**<br>**Phone** | | | | 243.00 |
| Account No. **xxxxxx2950**<br><br>**Verizon**<br>**1515 Woodfield Rd Ste 140**<br>**Schaumburg, IL 60173** | | H | | | **12/1/06**<br>**Phone** | | | | 136.00 |
| Account No. **xxxxxx3490**<br><br>**Verizon**<br>**1515 Woodfield Rd Ste 140**<br>**Schaumburg, IL 60173** | | H | | | **3/1/07**<br>**Phone** | | | | 1,390.00 |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,582.00

In re **Robert Lawrence Shefsky,**
**Brenda Lee Shefsky**       Case No.   **13-20264-DOB**
_____ ,
         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx0001** <br><br> Verizon Wireless <br> PO Box 3397 <br> Bloomington, IL 61702 | | H | | | 2013 <br> Phone | | | | 400.00 |
| Account No. **xxxxxx5220** <br><br> Verizon Wireless <br> PO Box 26055 <br> Minneapolis, MN 55426 | | | W | | 2010 <br> Phone | | | | 570.00 |
| Account No. **xxxxxx2950** <br><br> Verizon Wireless <br> PO Box 26055 <br> Minneapolis, MN 55426 | | H | | | 3/2009 <br> Phone | | | | 700.00 |
| Account No. **xxxxxxxxxx0001** <br><br> Verizon Wireless <br> PO Box 26055 <br> Minneapolis, MN 55426 | | | W | | 4/10 <br> Misc. | | | | 633.00 |
| Account No. <br><br> West Asset <br> PO Box 1022 <br> Wixom, MI 48393 | | | | J | | | | | 0.00 |

Sheet no. **33** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
         (Total of this page)    **2,303.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Robert Lawrence Shefsky,**
      **Brenda Lee Shefsky**                             Case No.    **13-20264-DOB**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4602**<br><br>**WOW Cable**<br>**32650 N. Avis Dr**<br>**Madison Heights, MI 48071** | | H | 2/11<br>Cable | | | | 1,603.00 |
| Account No. **4602**<br><br>**WOW Cable**<br>**c/o CMI**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | H | Notice Only | | | | 0.00 |
| Account No.<br><br>**Zenith Acquisition Corp**<br>**PO Box 9001**<br>**Buffalo, NY 14231** | | J | | | | | 0.00 |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __34__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,603.00 |
| | Total (Report on Summary of Schedules) | 174,272.02 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                   Best Case Bankruptcy

In re   **Robert Lawrence Shefsky,**                          Case No.   **13-20264-DOB**
        **Brenda Lee Shefsky**

Debtors ,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Orbit Leasing<br>PO Box 9534<br>Wyoming, MI 49509 | 48 Month Lease on 2004 Ford Explorer Expiring 10/2016 - Debtors shall reject contract. |
| Sugar Tree MHC<br>1303 Sugar Tree Ct<br>Caro, MI 48723 | Ongoing Lot Rent - Debtors shall assume contract. |

**0**
Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                             Best Case Bankruptcy

In re    **Robert Lawrence Shefsky,**                     Case No.   **13-20264-DOB**
            **Brenda Lee Shefsky**

                                     Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**   continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

In re **Robert Lawrence Shefsky**
**Brenda Lee Shefsky**

Case No. **13-20264-DOB**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**16 Years**<br>**17 Years**<br>**18 Years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Teacher** | **Bartender** |
| Name of Employer | **PCMI Services** | **Loyal Order of Moose** |
| How long employed | **2 Years** | **9 Months** |
| Address of Employer | **4208 Two Mile Rd.**<br>**Cadillac, MI 49601** | **498 State St.**<br>**Caro, MI 48723** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **628.00** | $ | **444.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **100.00** |
| 3. SUBTOTAL | $ | **628.00** | $ | **544.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **47.00** | $ | **39.00** |
|    b. Insurance | $ | **0.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **47.00** | $ | **39.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **581.00** | $ | **505.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): **Food Assistance** | $ | **0.00** | $ | **270.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **270.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **581.00** | $ | **775.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **1,356.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re    **Robert Lawrence Shefsky**
       **Brenda Lee Shefsky**                 Case No.    **13-20264-DOB**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 268.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 150.00 |
|             b. Water and sewer | $ | 75.00 |
|             c. Telephone | $ | 20.00 |
|             d. Other   **See Detailed Expense Attachment** | $ | 250.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 20.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 60.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 168.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other   **Lot Rent** | $ | 225.00 |
|             c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,656.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,356.00 |
| b.   Average monthly expenses from Line 18 above | $ | 1,656.00 |
| c.   Monthly net income (a. minus b.) | $ | -300.00 |

In re  **Robert Lawrence Shefsky**
      **Brenda Lee Shefsky**                                    Case No.  **13-20264-DOB**

                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell Phone** | $ | **150.00** |
| **Cable** | $ | **100.00** |
| **Total Other Utility Expenditures** | $ | **250.00** |

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Robert Lawrence Shefsky**
**Brenda Lee Shefsky**
_____
Debtor(s)

Case No. **13-20264-DOB**

Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __51__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 13, 2013**

Signature: **/s/ Robert Lawrence Shefsky**
Debtor

Date **February 13, 2013**

Signature: **/s/ Brenda Lee Shefsky**
(Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

*[Print or type name of individual signing on behalf of debtor]*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Robert Lawrence Shefsky**
     **Brenda Lee Shefsky**                    Case No.    **13-20264-DOB**

                             Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,914.24 | **2013 YTD: Husband**<br>**PCMI - $145.00**<br>**King Venture - $2,769.24** |
| $7,743.10 | **2012: Husband**<br>**PCMI - $670.00**<br>**King Venture - $7,073.10** |
| $25,780.02 | **2011: Husband**<br>**West Educational Leasing - $1,912.50**<br>**Lighthouse - $23,867.52** |
| $343.50 | **2013 YTD: Wife**<br>**Moose Club - $343.50** |

| AMOUNT | SOURCE |
|---|---|
| $3,811.06 | **2012: Wife**<br>**Moose Club - $3,418.00**<br>**MI Dept. of Ed - $393.06** |
| $0.00 | **2011: Wife**<br>**N/A** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2013 YTD: Husband**<br>**N/A** |
| $15,739.67 | **2012: Husband**<br>**Unemployment - $15,308.00**<br>**401k Liquidation - $431.67** |
| $560.00 | **2011: Husband**<br>**Unemployment - $560.00** |
| $540.00 | **2013: Wife**<br>**Food Assistance - $540.00** |
| $2,700.00 | **2012: Wife**<br>**Food Assistance - $2,700.00** |
| $0.00 | **2011: Wife**<br>**N/A** |

---

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Orbit Leasing**<br>**PO Box 9534**<br>**Wyoming, MI 49509** | **11/12 - 12/12** | **$888.00** | **$0.00** |

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

13-20264-dob    Doc 16    Filed 02/21/13    Entered 02/21/13 14:25:43    Page 54 of 61

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ABS Estates vs. Debtor #10-2002-SC** | **Civil** | **73B District Court 250 E. Huron Ave. Bad Axe, MI 48413** | **Judgment** |
| **Brian Mwahl vs. Debtor #06-2178-SC** | **Civil** | **73B District Court 250 E. Huron Ave. Bad Axe, MI 48413** | **Judgment** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **TNT Finance PO Box 4727 Cadillac, MI 49601** | **Voluntary Return 12/15/12** | **2002 Envoy $13,500.00** |

---

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
         preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
         property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
         filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None  ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
         and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
         aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
         either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None  ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
         since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None  ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
         concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
         preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **B.O.C. Law Group, P.C.** **24100 Woodward Avenue** **Pleasant Ridge, MI 48069** | **1/22/12** | **$200.00** |
| **Access Counseling** **633 W. 5th St.** **Ste. 26001** **Los Angeles, CA 90071** | **1/31/13** | **$9.00** |

### 10. Other transfers

None  ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
         transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
         filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
         spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None  ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
         trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TCF Bank** **471 S. Broadway St** **Lake Orion, MI 48362** | **Account #s 3849; 9588; 2124; 4178** | **$10/2012** **<$492.01>** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7445 Park** **Pigeon, MI 48755** | **Robert Lawrence Shefsky** **Brenda Lee Shefsky** | **4/10 - 2/11** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                  DATES SERVICES RENDERED

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                                    DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                  ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                 DATE ISSUED

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                                                           (Specify cost, market or other basis)

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                                                RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                                         NATURE AND PERCENTAGE
                                                                                               OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                              DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                         DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR               OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                     VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __February 13, 2013__                          Signature    __/s/ Robert Lawrence Shefsky__
                                                                   **Robert Lawrence Shefsky**
                                                                   Debtor


Date  __February 13, 2013__                          Signature    __/s/ Brenda Lee Shefsky__
                                                                   **Brenda Lee Shefsky**
                                                                   Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____              _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address
X_____              _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual.

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*